No. 676. T. L. SPARKMAN ET AL. *v.* W. T. RAWLEIGH COMPANY. Error to the Supreme Court of the State of

273 U. S.    Cases Disposed of Without Consideration by the Court.

Oklahoma. `April 11, 1927.    Dismissed with costs pursuant to the Eleventh Rule.    *Mr. John B. Dudley* for plaintiffs in error.    No appearance for defendants in error.